An Executor of his own Wrong is not liable to an Attachment of his Body or proper Goods on a Debt of the Teftator.

## Gould *verf.* Stevens.

THIS Action was an Attachment againft Stevens as Executor of Somebody, a Debtor of the Plaintiff's. Plea in Abatement was made, that by the Law as Executor he fhould have been fummoned, and not his Body or proper Goods attached. The Replication to this was, that though he was named Executor in the Writ, he was not appointed by the Teftator, but was Executor of his own Wrong.

*Mr. Thacker.* The Province Law 2 Ann. c. 5, (1) directs the Manner of Suits againft Executors and Adminiftrators. Executor of his own Wrong takes the Duty and the Burden, he is by Wrong in the fame Manner as if by Right, and is anfwerable no further than as Effects come to his Hands. The Common Law is the fame with the Province Law.

*Mr. Sewall, contra.* An Executor in his own Wrong cannot maintain an Action certain. He is not favoured as Executor by Right. 4 Wm. & Mary, c. 2. 1 Salk. 297. 2 Ventris, .179. The Law knows Nothing of them but to reftrain and punifh them.

*Judgment that the Writ abate.*